# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 4, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150906(63)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MICHAEL ANDREW RADANDT,
        Defendant-Appellant.

SC: 150906
COA: 314337
St. Joseph CC: 12-017690-FH

_____/

On order of the Chief Justice, the motion of defendant-appellant to extend the time to file his brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before September 30, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 4, 2015



Clerk